UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:04-cr-00201-SEB-TAB |
| | ) | |
| SHERMAN EMERSON, | ) -06 | |
| | ) | |
| Defendant. | ) | |

**Order Discussing Pending Motions**

**I.**

The Court entered an order denying Defendant's Supplemental Motion Pursuant to Fair Sentence Act 2010 and First Step Act 2018 [Dkt. 77] on June 27, 2019. Therefore, Defendant's Motion to Reduce Sentence – First Step Act [Dkt. 65] is **DENIED**. Similarly, Defendant's duplicate Amended Motions Pursuant to Fair Sentence Act 2010 and First Step Act 2018 [Dkt. 69] and [Dkt. 73] are **DENIED**.

**II.**

The Defendant's motion to prevent the Government from Seeking Additional Time to Respond [Dkt. 84], is **DENIED AS MOOT**.

**III.**

The Defendant's Motion and Request for Appointment of Counsel [Dkt. 90], is **DENIED**.

**IV.**

The Defendant's Motion for Court Assistance [Dkt. 91] is **GRANTED** to the extent that the Clerk shall include a copy of its Order Denying Sentence Reduction Pursuant to Section 404

of the First Step Act of 2018 [Dkt. 88] with a copy of this entry. The Defendant shall have to and including **August 19, 2019** in which to file any Notice of Appeal in this matter.

**IT IS SO ORDERED.**

Date: 7/16/2019

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Sherman Emerson
07717-028
Federal Penitentiary
P.O. Box 33
Terre Haute, IN 47802

Counsel of record via CM/ECF